

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-84-00018-CR

_____

DAVID L. CULVERHOUSE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 3,211

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

As part of the appellate record in this matter, original exhibits were transferred to this Court for our use when this appeal was before us. Specifically, original documents marked "State's Exhibit 1, 2, and 3" were transferred to this Court. It appears to this Court that the proper repository for these exhibits should be the Harrison County District Clerk's Office. Accordingly, we order the clerk of this Court to transfer the original exhibits filed in this appeal into the keeping of the Harrison County District Clerk by mailing the exhibits to the district clerk.

We further order the Harrison County District Clerk, Sherry Griffis, on receipt of said exhibits, to sign the enclosed receipt for said exhibits.

IT IS SO ORDERED.

BY THE COURT

Date: February 13, 2018

2

RECEIPT FOR ORIGINAL EXHIBITS

I, Sherry Griffis, District Clerk of Harrison County, hereby acknowledge receipt of the following original exhibits from the Court of Appeals, Sixth Judicial District, Texarkana, Texas, in the case of *David L. Culverhouse v. The State of Texas*, appellate cause number 06-84-00018-CR; trial court cause number 3,211:  original documents marked "State's Exhibits 1, 2, and 3."

_____
Sherry Griffis
Harrison County District Clerk

Date:  _____